UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GROW & SON'S, INC. | * | CIVIL ACTION NO.: 06-2528 |
| VERSUS | * | SECTION "J" |
| KOSTMAYER CONSTRUCTION, LLC, AND CONTINENTAL CASUALTY COMPANY | * | MAGISTRATE DIV. 4 |

**ORDER**

On November 17, 2006, this Court entered an Order (Rec. Doc. 8) staying the captioned matter pending defendant, Kostmayer Construction, LLC's ("Kostmayer") administrative appeal before the United States Armed Services Board of Contract Appeals ("ASBCA") in Case No. 04-3361 arising out of the United States Army Corps of Engineers' ("Corps") default termination of Kostmayer's prime contract to construct a levee in Jefferson Parish.

The Court has been informed that on June 2, 2008, the ASBCA granted Kostmayer's administrative appeal and the Corps' default termination of the prime contract was converted to a termination for convenience. As a result of the ASBCA's ruling, and in accordance with applicable law, Kostmayer will present a "settlement claim" to the Corps for all allowable, reasonable and allocable costs, including subcontract costs, plus a reasonable profit based on the termination for convenience of the levee construction project. A portion of Kostmayer's settlement claim submitted to the Corps will include certain discreet costs, overhead and profit to which Grow may be entitled based on the work performed by Grow on the levee construction project. In the

event the Corps does not pay Kostmayer's settlement claim in full, Kostmayer may seek further relief before the ASBCA or the United States Court of Federal Claims ("COFC").

Pursuant to the Joint Motion and Incorporated Memorandum to Stay, the Court is of the opinion that the stay previously granted in this matter should remain in place as set forth below;

**IT IS HEREBY ORDERED** that the captioned matter is hereby stayed from further litigation until such time that: (1) a payment on Grow's portion of the settlement claim is tendered by the Corps to Kostmayer; and, (2) in the event the Corps fails to make a 100% payment on Grow's portion of the settlement claim or any later claim, a final, nonappealable decision regarding Grow's portion of any later claim is rendered by the ASBCA or the COFC.

Subsequent to the fulfillment of both conditions in the preceding paragraph above, if Grow deems it has not received sufficient payment on Grow's portion of the settlement claim, Grow may unilaterally move to lift the stay in this matter.

New Orleans, Louisiana this 20th day of ____August____ 2008.

_____
UNITED STATES DISTRICT JUDGE

Order approved as to form by:

**WYNNE, GOUX & LOBELLO, LLC**


/s/ Martha Bowden_____
**MARTHA BOWDEN, LBRN 28316**
**JEREMY D. GOUX, LBRN 25065**

2

**417 North Theard Street**
**Covington, Louisiana 70433**
**985-898-0504 – Telephone**
**985-898-0840 – Facsimile**
*Attorneys for Plaintiff, Grow & Son's, Inc.*

AND

**LAW OFFICE OF CARY A. DES ROCHES**

/s/Cary A. Des Roches
**CARY A. DES ROCHES (La. Bar No. 19550)**
**1100 POYDRAS STREET**
**SUITE 2300**
**NEW ORLEANS, LOUISIANA 70163**
**TELEPHONE: (504) 569-1690**
**FACSIMILE:   (504) 569-1691**
*Attorney for Kostmayer Construction, LLC*

AND

**COUGHIG PARTNERS, LLC**

/s/ Gary Rouse
**GARY J. ROUSE (La. Bar No. 11493)**
**JASON A. CAVIGNAC (La. Bar No. 27990)**
**1100 Poydras Street, Suite 1150**
**New Orleans, Louisiana 70163**
**TELEPHONE: (504) 588-1288**
**FACSIMILE: (504)  588-9750**

3